CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07−cv−04367

Batiste v. Davol, Inc. et al
Assigned to: Judge Samuel B Kent
Cause: 28:1332 Diversity−Product Liability

Date Filed: 12/18/2007
Date Terminated: 12/26/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Christopher Batiste** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832−372−2926
Fax: 281−538−6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2007 | | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3316452) filed by Christopher Batiste. (Attachments: # 1 Civil Cover Sheet Christopher Batiste)(Alexander, David) (Entered: 12/18/2007) |
| 12/20/2007 | | First CERTIFICATE OF INTERESTED PARTIES by Christopher Batiste, filed.(Alexander, David) (Entered: 12/20/2007) |
| 12/21/2007 | | ORDER FOR CONFERENCE.Initial Conference set for 2/13/2008 at 10:20 AM in Courtroom 8C before Judge Samuel B Kent.( Signed by Judge Lynn N. Hughes ) Parties notified.(mmapps, ) (Entered: 12/21/2007) |
| 12/26/2007 | | ORDER STAYING CASE pending a decision by the MDL Panel. Case terminated on 12/26/2007.( Signed by Judge Lynn N. Hughes ) Parties notified.(sbyrum, ) (Entered: 12/26/2007) |
| 02/14/2008 | | JPML CONDITIONAL TRANSFER ORDER (CTO−13) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. Parties notified.(jbradford, ) (Entered: 02/14/2008) |

| | | |
|---|---|---|
| 02/14/2008 | | MDL transfer to District of Rhode Island. Case transferred electronically. (jbradford, ) (Entered: 02/14/2008) |